1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CABO BRANDS, INC., | Case No. 8:11-cv-1911-ODW(ANx) |
| Plaintiff, | **ORDER RE MOTIONS [65] AND [72] AND ORDER TO SHOW CAUSE** |
| v. | |
| MAS BEVERAGES, INC. et al., | |
| Defendants. | |
| MAS BEVERAGE, INC., | |
| Counterclaimant, | |
| v. | |
| CABO BRANDS, INC. et al., | |
| Counterdefendants. | |

Two motions are pending before the Court.   The first is a motion for preliminary injunction, filed by Mas Beverages, Inc., based on its counterclaims filed on March 16, 2012.   (ECF Nos. 19, 65.)   The second is a motion to dismiss Mas's counterclaims, filed by Cabo Brands, Inc.   (ECF No. 72.)   The hearings for both motions were scheduled for October 15, 2012.   And thus, the oppositions to the motions were due on September 24, 2012.   L.R. 7–9.

Both Cabo and Mas failed to timely oppose the respective motions.   Such inaction may be deemed consent to the granting of the motion.   L.R 7-12.   The

parties are hereby given a second chance to oppose these two motions by filing oppositions no later than Friday, September 28, 2012.   If the parties so desire, they may file replies to the oppositions, but these must be filed in accordance with the original schedule—that is, by Monday, October 1, 2012.   Failure to file an opposition will be deemed consent to the granting of the motion.   L.R 7-12.

Further, Mas is hereby **ORDERED TO SHOW CAUSE** why all counterdefendants, other than Cabo, should not be dismissed for untimely service. Under the Federal Rules of Civil Procedure, counterdefendants must be served within 120 days after the countercomplaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m).   The last day to effectuate service was July 14, 2012.   The proofs of service filed by Mas show that these counterdefendants were served beyond the 120-day window.   (ECF Nos. 66–70.)   Mas has 7 days to show good cause for this failure.   Failure to respond or failure to show good cause will result in dismissal of these counterdefendants.

**IT IS SO ORDERED.**

September 26, 2012

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**